437 F.2d 108
 T. Dwight REID, Trustee of Louis Rasby Tate, a/k/a Lewis Rasby Tate, Bankrupt, Plaintiff-Appellee,
v.
AMERICAN SOUTHERN INSURANCE COMPANY, Defendant-Appellant.
 No. 30555.
 United States Court of Appeals, Fifth Circuit.
 February 2, 1971.
 
 Appeal from United States District Court, Southern District of Alabama; Daniel Holcombe Thomas, Chief Judge.
 John A. Courtney, Mobile, Ala., for defendant-appellant.
 Kilborn, Darby & Kilborn, Matranga, Hess & Sullivan, Mobile, Ala., for plaintiff-appellee; Benjamin H. Kilborn, Barry Hess, Mobile, Ala., of counsel.
 Before GODBOLD, CLARK and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966